UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: M3 Technology, Incorporated | § | Case No. 12-34444 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Douglas J. Brickley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  None
*(without deducting any secured claims)*

Assets Exempt:  None

Total Distributions to Claimants: $1,445,763.53

Claims Discharged
Without Payment: None

Total Expenses of Administration: $653,347.03

---

3) Total gross receipts of $ 2,099,110.56 (see Exhibit 1), minus funds paid to the debtor and third parties of $ 56,819.77 (see Exhibit 2), yielded net receipts of $ 2,042,290.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 63.99 | $ - | $ 63.99 | $ 63.99 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $ 4,901.18 | $ - | $ 4,901.18 | $ 181,836.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $ - | $ - | $ - | $ 56,819.77 $1,068,852.03 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $ - | $ - | $ - | $ - |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $ - | $12,136,110.85 | $ 791,538.54 | $ 791,538.54 |
| **TOTAL DISBURSEMENTS** | $ 4,965.17 | $ 12,136,110.85 | $ 796,503.71 | $2,099,110.56 |

<!-- Note: row "PRIOR CHAPTER ADMIN. FEES AND CHARGES" shows $56,819.77 in CLAIMS PAID column on the first line and $1,068,852.03 on second line -->

4) This case was originally filed under chapter 11 on June 7, 2012 [if applicable, and it was converted to chapter 7 on June 5, 2014]. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 3/5/2018          By: _____

Douglas J. Brickley
Trustee, M3 Technology, Incorporated
711 Louisiana Street, Suite 2100
Houston TX 77002

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)() applies.

UST Form 101-7-TDR (10/112010)

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1- GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| M3 Technology Funds on Hand - Transfer | 1290-000 | $ 868,535.43 |
| M3 Technology Funds on Hand - Transfer | 1290-000 | $ 136,819.80 |
| Saudi Aramco - Chase 4201 | 1121-000 | $ 12,219.37 |
| Flint Hills - Chase 4201 | 1121-000 | $ 9,550.00 |
| Woodside Energy - Chase 4201 | 1121-000 | $ 1,331.68 |
| Tesoro - Chase 4201 | 1121-000 | $ 10,710.00 |
| Chevron - Chase 4201 | 1121-000 | $ 48,128.23 |
| Marathon Petroleum - Chase 4201 | 1121-000 | $ 6,000.00 |
| Tesoro - Chase 4201 | 1121-000 | $ 2,520.00 |
| Earned Interest - Chase 1413 | 1270-000 | $ 110.39 |
| Guardian Insurance Refund of Premium - Frost 6989 | 6950-000 | $ 445.59 |
| Assuranat Refrund of Premium - Frost 6989 | 6950-000 | $ 190.72 |
| Earned Interest - Chase 1413 | 1270-000 | $ 110.40 |
| Earned Interest - Chase 1413 | 1270-000 | $ 104.00 |
| Earned Interest - Chase 1413 | 1270-000 | $ 124.39 |
| Earned Interest - Chase 1413 | 1270-000 | $ 69.04 |
| Crain, Caton & James Earnest Money Deposit - Frost 6989 | 1180-000 | $ 20,000.00 |
| Aspen Technology Earnest Money Deposit - Frost 6989 | 1110-000 | $ 5,000.00 |
| Crain, Caton & James IOLTA Shareholder Settlement - Frost 6989 | 1141-000 | $ 700,000.00 |
| Texas Comptroller of Accounts - Franchise Tax Refund - Frost 6989 | 1124-000 | $ 231.13 |
| Hartford Insurnace Refund Final Audit 2014 - Frost 6989 | 1290-000 | $ 1,931.00 |
| Aspen Technology Sale of PW Programs - Frost 6989 | 1110-000 | $ 245,000.00 |
| David Jasper Estate Shareholder Settlement - Frost 6989 | 1141-000 | $ 25,000.00 |
| Osha Liang LLP - Refund of Retainer - Frost 6989 | 1290-000 | $ 4,879.39 |
| Mike Dick - Sale of De Minimis Assets | 1110-000 | $ 100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,099,110.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Crain, Caton & James Earnest money deposit | Non- Estate Receipt | 1180-000 | $ 20,000.00 |
| George Adams and | Bond Payment | 2300-000 | $ 12,000.00 |
| Chase Bank | Operating Case Expense | 2600-000 | $ 135.00 |
| Frost Bank | Operating Case Expense | 2600-000 | $ 101.67 |
| David Jasper | Operating Case Expense | 2690-000 | $ 184.62 |
| Absolute Voice Data | Operating Case Expense | 2690-000 | $ 1,558.80 |
| Logix | Operating Case Expense | 2690-000 | $ 1,489.63 |
| United Healthcare | Operating Case Expense | 2690-000 | $ 4,130.75 |
| Intuit Payroll | Operating Case Expense | 2690-000 | $ 507.69 |
| United Healthcare Refund | Negative Deposit Reversal | 2690-000 | $ (4,130.75) |
| Intuit Payroll Refund | Negative Deposit Reversal | 2690-000 | $ (495.18) |
| Logix | Operating Case Expense | 2690-000 | $ 825.82 |
| Shaolong Dai | Operating Case Expense | 3991-000 | $ 1,350.00 |
| Alief ISD | Operating Case Expense | 6820-000 | $ 161.72 |
| Millennium Winfall Partners LTD | Operating Case Expense | 6920-000 | $ 19,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$56,819.77** |

EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIM AMT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 Harris County et al | $ 63.99 | 4800-000 | $ 63.99 | $ - | $ 63.99 | $ 63.99 |
| 6-1 Alief ISD | $ 61.53 | 4800-000 | $ - | $ 61.53 | $ 61.53 | $ 61.53 |
| 6-1 Alief ISD -Withdrawn | | 4800-000 | | | | $ (61.53) |
| 7-1 Alief ISD | $ 129.30 | 4800-000 | $ - | $ 129.30 | $ 129.30 | $ 129.30 |
| 7-1 Alief ISD - Withdrawn | | 4800-000 | | | | $ (129.30) |
| TOTAL SECURED | | | $63.99 | $190.83 | $254.82 | $63.99 |

EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Claro Group, LLC | 2100-000 | NA | NA | NA | $ 62,373.32 |
| Kilmer, Crosby & Walker LLC | 3210-000 | NA | NA | NA | $ 77,074.00 |
| Kilmer, Crosby & Walker LLC | 3220-000 | NA | NA | NA | $ 488.03 |
| Chamberlain, Hrdlicka, White, Williams & Aughtry Law Firm | 3210-000 | NA | NA | NA | $ 125,659.35 |
| Chamberlain, Hrdlicka, White, Williams & Aughtry Law Firm | 3220-000 | NA | NA | NA | $ 836.95 |
| Winston & Strawn LLP | 3210-000 | NA | NA | NA | $ 9,448.00 |
| Winston & Strawn LLP | 3220-000 | NA | NA | NA | $ 4,564.16 |
| US Trustee | 2950-000 | $ 4,901.18 | NA | $ 4,901.18 | $ 4,901.18 |
| Geneve Tech, LLC | 3991-000 | NA | NA | NA | $ 5,277.19 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | NA | $ 4,901.18 | NA | $ 4,901.18 | $ 290,622.18 |

EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Beck Redden & Sexest LLP | 6110-000 | NA | NA | NA | $ 152,257.10 |
| Beck Redden & Sexest LLP | 6120-000 | NA | NA | NA | $ 9,634.81 |
| Chamberlain, Hrdlicka, White, Williams & Aughtry Law | 6110-000 | NA | NA | NA | $ 18,790.00 |
| Aspen Technology | 6950-000 | NA | NA | NA | $ 654,161.00 |
| The Claro Group LLC | 6101-000 | NA | NA | NA | $ 98,218.77 |
| The Claro Group LLC | 6102-000 | NA | NA | NA | $ 64.00 |
| The Claro Group LLC | 6700-000 | NA | NA | NA | $ 26,940.40 |
| TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES | | NA | NA | NA | $ 960,066.08 |

EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claims) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $ - | $ - | $ - | $ - |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ - | $ - | $ - | $ - |

EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claims) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-3 | Aspen Technology Inc | 7100-000 | NA | $ 11,058,406.51 | $721,248.77 | $ 721,248.77 |
| 11-1 | Osha Liang, LLP | 7100-000 | NA | $ 542,541.14 | $ 35,385.49 | $ 35,385.49 |
| 10-1 | Shell Information Technology International | 7100-000 | NA | $ 528,024.20 | $ 34,438.67 | $ 34,438.67 |
| 9-1 | Logix Communications | 7100-000 | NA | $ 7,139.00 | $ 465.61 | $ 465.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | | $ 12,136,110.85 | $ 791,538.54 | $ 791,538.54 |

**EXHIBIT 8**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT (FORM 1)

ASSET CASES

Case No.: 12-34444  
Case Name: M3 TECHNOLOGY, INCORPORATED  
For Period Ending: April 30,2016

Trustee Name: Douglas J. Brickley  
Date Filed (f) or Converted (c): (c) June 5, 2014  
§341(a) Meeting Date: August 4, 2014  
Claims Bar Date: January 20, 2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref.# | | | | | |
| 1. PW Programs and Related | $250,000.00 | $250,000.00 | | $250,000.00 | FA |
| 2. Computers and Related Equip. | $100.00 | $100.00 | | $100.00 | FA |
| 3. Transfers from Ch. 11 Accts. | $1,005,355.23 | $1,005,355.23 | | $1,005,355.23 | FA |
| 4. Accounts Receivable | $90,459.28 | $90,459.28 | | $90,459.28 | FA |
| 5. Interest Earned | $518.22 | $518.22 | | $518.22 | FA |
| 6. Shareholders Settlement | $725,000.00 | $725,000.00 | | $725,000.00 | FA |
| 7. Refunds | $7,446.70 | $7,446.70 | | $7,446.70 | FA |
| 8. Tax Refund | $231.13 | $231.13 | | $231.13 | FA |
| 9. Earnest Money Deposit | $20,000.00 | $20,000.00 | | $20,000.00 | FA |

TOTALS (Excluding unknown values)   $2,099,110.56   $2,099,110.56

Gross Value of Remaining Assets  
$0.00  
(Total Dollar Amount in Column 6)

Initial Projected Date of Final Report (TFR): 2/3/2016   Current Projected Date of Final Report (TFR): 8/30/2016

___ Major activities affecting case closing:
_____
_____
_____

UST Form 101-7-TDR

Case 12-34444   Document 575   Filed in TXSB on 04/10/18   Page 7 of 10

Exhibit 9

Case No.: 12-34444
Case Name: M3 TECHNOLOGY INCORPORATED
Taxpayer ID #: xx-xxx1623 (last 4 digits)
For Period Ending: June 24, 2016

## CASH RECEIPTS AND DISBURSEMENTS RECORD (FORM 2)

Trustee Name: Douglas J. Brickley
Bank Name: Chase Bank
Account #: 4413 (last 4 digits)
Blanket bond (per case limit): $3,000,000
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref # | Paid to/Receive From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 6/5/2014 | 3 | M3 Technology Chapter 11 | Funds on Hand | 1290-000 | $ 868,535.43 | $ | $ 868,535.43 |
| 6/30/2014 | 5 | Earned Interest | Interest | 1270-000 | $ 110.39 | $ | $ 868,645.82 |
| 7/31/2014 | 5 | Earned Interest | Interest | 1270-000 | $ 110.40 | $ | $ 868,756.22 |
| 8/29/2014 | | Transfer from Checking 4201 | Intracompany Transfer | 9999-000 | $ 223,000.00 | $ | $ 1,091,756.22 |
| 8/29/2014 | | Transfer to Checking 4201 | Intracompany Transfer | 9999-000 | $ - | $ (50,000.00) | $ 1,041,756.22 |
| 8/29/2014 | 5 | Earned Interest | Interest | 1270-000 | $ 104.00 | $ | $ 1,041,860.22 |
| 9/16/2014 | | Transfer to Checking 4201 | Intracompany Transfer | 9999-000 | $ | $ (200,000.00) | $ 841,860.22 |
| 9/30/2014 | 5 | Earned Interest | Interest | 1270-000 | $ 124.39 | $ | $ 841,984.61 |
| 10/21/2014 | 5 | Earned Interest | Interest | 1270-000 | $ 69.04 | $ | $ 842,053.65 |
| 10/21/2014 | | Transfer to Frost 6969 (1) | Intracompany Transfer | 9999-000 | $ - | $ (842,053.65) | $ 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $ 1,092,053.65 | $ (1,092,053.65) |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal: | $1,092,053.65 | ($1,092,053.65) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

(1) Closing Chase Chapter 11 Account

UST Form 101-7-TDR

Exhibit 9

Case No.: 12-34444
Case Name: M3 TECHNOLOGY INCORPORATED
Taxpayer ID #: xx-xxx1623 (last 4 digits)
For Period Ending: June 24, 2016

**CASH RECEIPTS AND DISBURSEMENTS RECORD (FORM 2)**

Trustee Name: Douglas J. Brickley
Bank Name: Chase Bank
Account #:4201 (last 4 digits)
Blanket bond (per case limit): $3,000,000
Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref # | Paid to/Receive From | Description of Transaction | | | | |
| 6/5/2014 | 3 | M3 Technology Chapter 11 | Funds on Hand | 1290-000 | $ 136,819.80 | $ | $ 136,819.80 |
| 6/5/2014 | 1103 | David Jasper | Operating Case Expense | 2690-000 | | $ (184.62) | $ 136,635.18 |
| 6/9/2014 | 1101 | Absolute Voice Data | Operating Case Expense | 2690-000 | | $ (1,558.80) | $ 135,076.38 |
| 6/10/2014 | ACH | United Healthcare | Operating Case Expense | 2690-000 | | $ (4,130.75) | $ 130,945.63 |
| 6/10/2014 | 4 | Saudi Aramco | Account Receivable | 1121-000 | $ 12,219.37 | $ | $ 143,165.00 |
| 6/13/2014 | ACH | Logix | Operating Case Expense | 2690-000 | | $ (813.57) | $ 142,351.43 |
| 6/16/2014 | 4 | Flint Hills | Account Receivable | 1121-000 | $ 9,550.00 | $ | $ 151,901.43 |
| 6/17/2014 | | United Healthcare Refund | Negative Deposit Reversal | 2690-000 | | $ 4,130.75 | $ 156,032.18 |
| 6/19/2014 | 4 | Woodside Energy | Account Receivable | 1121-000 | $ 1,331.68 | | $ 157,363.86 |
| 6/20/2014 | 4 | Tesoro | Account Receivable | 1121-000 | $ 10,710.00 | | $ 168,073.86 |
| 6/27/2014 | 4 | Chevron | Account Receivable | 1121-000 | $ 48,128.23 | | $ 216,202.09 |
| 6/27/2014 | 4 | Marathon Petroleum | Account Receivable | 1121-000 | $ 6,000.00 | | $ 222,202.09 |
| 6/27/2014 | 4 | Tesoro | Account Receivable | 1121-000 | $ 2,520.00 | | $ 224,722.09 |
| 7/2/2014 | ACH | Intuit Payroll | Operating Case Expense | 2690-000 | | $ (495.18) | $ 224,226.91 |
| 7/2/2014 | ACH | Intuit Payroll | Operating Case Expense | 2690-000 | | $ (12.51) | $ 224,214.40 |
| 7/3/2014 | 7 | Guardian Insurance Overpayment | Refund of Premium | 6950-000 | $ 445.59 | | $ 224,659.99 |
| 7/3/2014 | 7 | Assuranat Overpayment | Refund of Premium | 6950-000 | $ 190.72 | | $ 224,850.71 |
| 7/3/2014 | ACH | Chase Bank Fee | Operating Case Expense | 2600-000 | | $ (45.00) | $ 224,805.71 |
| 7/14/2014 | ACH | Logix | Operating Case Expense | 2990-000 | | $ (825.82) | $ 223,979.89 |
| 7/21/2014 | | Intuit Payroll Refund | Negative Deposit Reversal | 2690-000 | | $ 495.18 | $ 224,475.07 |
| 8/5/2014 | ACH | Chase Bank Fee | Operating Case Expense | 2600-000 | | $ (30.00) | $ 224,445.07 |
| 8/14/2014 | ACH | Logix | Operating Case Expense | 2690-000 | | $ (676.06) | $ 223,769.01 |
| 8/29/2014 | 3 | Transfer from Chase 4413 | Intracompany Transfer | 9999-000 | $ 50,000.00 | | $ 273,769.01 |
| 8/29/2014 | ACH | Transfer to Frost 6989 | Intracompany Transfer | 9999-000 | | $ (223,000.00) | $ 50,769.01 |
| 9/4/2014 | ACH | Chase Bank Fee | Operating Case Expense | 2600-000 | | $ (30.00) | $ 50,739.01 |
| 9/5/2014 | | Transfer to Frost 6989 | Outgoing Wire | 9999-000 | | $ (50,000.00) | $ 739.01 |
| 9/16/2014 | 3 | Transfer from Chase 4413 | Intracompany Transfer | 9999-000 | $ 200,000.00 | | $ 200,739.01 |
| 9/19/2014 | | Transfer to Frost 6989 | Outgoing Wire | 9999-000 | | $ (50,000.00) | $ 150,739.01 |
| 10/3/2014 | ACH | Chase Bank Fee | Operating Case Expense | 2600-000 | | $ (30.00) | $ 150,709.01 |
| 10/9/2014 | | Transfer to Frost 6989 | Outgoing Wire | 9999-000 | | $ (50,000.00) | $ 100,709.01 |
| 10/21/2014 | | Transfer to Frost 6989 (1) | Cashier Check | 9999-000 | | $ (100,709.01) | $ 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $ 477,915.39 | $ (477,915.39) |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal: | $477,915.39 | $(477,915.39) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

(1) Closing Chase Chapter 11 Account

UST Form 101-7-TDR

Exhibit 9

Case No.: 12-34444
Case Name: M3 TECHNOLOGY INCORPORATED
Taxpayer ID #: xx-xxx1623 (last 4 digits)
For Period Ending: June 24, 2016

## CASH RECEIPTS AND DISBURSEMENTS RECORD (FORM 2)

Trustee Name: Douglas J. Brickley
Bank Name: Frost Bank
Account #: 6989 (last 4 digits)
Blanket bond (per case limit): $3,000,000
Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref # | Paid to/Receive From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 9/5/2014 | | Transfer From Chase 4413 | Intracompany Transfer | 9999-000 | $50,000.00 | | $50,000.00 |
| 9/19/2014 | | Transfer From Chase 4413 | Intracompany Transfer | 9999-000 | $50,000.00 | | $100,000.00 |
| 10/9/2014 | | Transfer From Chase 4413 | Intracompany Transfer | 9999-000 | $50,000.00 | | $150,000.00 |
| 10/17/2014 | ACH | Frost Bank Fee | Account Analysis Charge | 2600-000 | | ($45.09) | $149,954.91 |
| 10/21/2014 | | Transfer From Chase 4413 | Intracompany Transfer | 9999-000 | $842,053.65 | | $992,008.56 |
| 10/21/2014 | | Transfer From Chase 4201 | Intracompany Transfer | 9999-000 | $100,709.01 | | $1,092,717.57 |
| 11/3/2014 | Temporary #1 | Aspen Technology | Administrative Claim (Doc. 463) | 6950-000 | | ($654,161.00) | $438,556.57 |
| 12/19/2014 | Temporary #2 | Chamerlain, Hrdlicka, White, Williams & Aughtry Law Firm | Professional Fees - Trustee Chapter 11 (Doc. 482) | 6110-000 | | ($18,790.00) | $419,766.57 |
| 1/21/2015 | Temporary #3 | Chamerlain, Hrdlicka, White, Williams & Aughtry Law Firm | Professional Fees - Trustee Chapter 7 (Doc. 488) | 3210-000 | | ($107,967.00) | $311,799.57 |
| 1/21/2015 | Temporary #3 | Chamerlain, Hrdlicka, White, Williams & Aughtry Law Firm | Professional Expenses - Trustee Chapter 7 (Doc. 488) | 3220-000 | | ($818.95) | $310,980.62 |
| 2/6/2015 | 9 | Crain, Caton & James | Non-Estate Receipt - Earnest money deposit | 1180-000 | $20,000.00 | | $330,980.62 |
| 2/6/2015 | 1 | Aspen Technology | Accounts Receivable - Earnest Money Deposit PW Sale | 1110-000 | $5,000.00 | | $335,980.62 |
| 2/24/2015 | Temporary #4 | Crain, Caton & James | Non-Estate Receipt - Earnest money deposit | 1180-000 | | ($20,000.00) | $315,980.62 |
| 3/2/2015 | 6 | Crain, Caton & James IOLTA on behalf of Shareholders | Fraudulent Transfer/Shareholder Settlement (Doc. 503) | 1141-000 | $700,000.00 | | $1,015,980.62 |
| 3/5/2015 | Temporary #5 | Beck Redden & Secrest LLP | Professional Fees - Special Counsel to Trustee - Chapter 11 (Doc. 493) | 6110-000 | | ($126,841.60) | $889,139.02 |
| 3/5/2015 | Temporary #5 | Beck Redden & Secrest LLP | Profession Expenses - Special Counsel to Trustee - Chapter 11 (Doc. 493) | 6120-000 | | ($8,181.62) | $880,957.40 |
| 4/17/2015 | 8 | Texas Comptroller of Account | Franchise Tax Refund | 1124-000 | $231.13 | | $881,188.53 |
| 5/1/2015 | Temporary #6 | Shaolong Dai | Operating Case Expense-Computer Recovery | 3991-000 | | ($200.00) | $860,988.53 |
| 5/7/2015 | Temporary #7 | Shaolong Dai | Operating Case Expense- Computer Recovery | 3991-000 | | ($550.00) | $880,438.53 |
| 5/20/2015 | ACH | Frost Bank | Operating Case Expense-Checks | 2600-000 | | ($56.58) | $880,381.95 |
| 6/11/2015 | #1002 | Alief ISD | Operating Case Expense | 6820-000 | | ($161.72) | $880,220.23 |
| 6/12/2015 | #1001 | George Adams and Company Insurance Agency, LLC | Bond Payment | 2300-000 | | ($6,000.00) | $874,220.23 |
| 6/19/2015 | #1006 | The Claro Group LLC | Trustee Compensation - Chapter 11 (Doc. 517) | 6101-000 | | ($98,218.77) | $776,001.46 |
| 6/19/2015 | #1008 | The Claro Group LLC | Professional Fees - Trustee - Chapter 11 (Doc. 518) | 6700-000 | | ($26,940.40) | $749,061.06 |
| 6/23/2015 | #1007 | Kilmer, Crosby, & Walker LLC | Professional Fees - Trustee - Chapter 7 (Doc. 521) | 3210-000 | | ($33,936.00) | $715,125.06 |
| 6/23/2015 | #1007 | Kilmer, Crosby, & Walker LLC | Professional Expenses - Trustee - Chapter 7 (Doc. 521) | 3220-000 | | ($379.90) | $714,745.16 |
| 6/23/2015 | #1009 | The Claro Group LLC | Trustee Expenses Chapter 11 - (Doc. 517) | 6102-000 | | ($64.00) | $714,681.16 |
| 7/9/2015 | #1010 | Shaolong Dai | Operating Case Expense - Computer Recovery | 3991-000 | | ($600.00) | $714,081.16 |
| 7/24/2015 | #1011 | Beck Redden & Secrest LLP | Professional Fees - Special Counsel to Trustee - Chapter 11 (Doc. 522) | 6110-000 | | ($25,415.50) | $688,665.66 |
| 7/24/2015 | #1011 | Beck Redden & Secrest LLP | Professional Expenses - Special Counsel to Trustee - Chapter 11 (Doc. 522) | 6120-000 | | ($1,453.19) | $687,212.47 |
| 8/7/2015 | 7 | Hartford Insurance Refund | Final Audit May 2014 | 1290-000 | $1,931.00 | | $689,143.47 |

UST Form 101-7-TDR

| Date | Payee | # | Description | Account | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| 8/18/2015 | Aspen Technology | 1 | Accounts Receivable - Sale of PW Programs (Doc. 443) | 1110-000 | $245,000.00 | | $934,143.47 |
| 8/31/2015 | Chamberlain, Hrdlicka, White, Williams & Aughtry Law Firm | #1012 | Professional Fees - Trustee - Chapter 7 (Doc. 531) | 3210-000 | | ($17,692.35) | $916,451.12 |
| 8/31/2015 | Chamberlain, Hrdlicka, White, Williams & Aughtry Law Firm | #1012 | Professional Expenses - Trustee- Chapter 7 (Doc. 531) | 3220-000 | | ($18.00) | $916,433.12 |
| 8/31/2015 | Kilmer, Crosby, & Walker LLC | #1013 | Professional Fees - Trustee - Chapter 7 (Doc. 536) | 3210-000 | | ($16,867.00) | $899,566.12 |
| 8/31/2015 | Kilmer, Crosby, & Walker LLC | #1013 | Professional Expenses - Trustee - Chapter 7 (Doc. 536) | 3220-000 | | ($91.80) | $899,474.32 |
| 9/10/2015 | David Jasper Estate | 6 | Fraudulent Transfer/Shareholder Settlement (Doc. 534) | 1141-000 | $25,000.00 | | $924,474.32 |
| 9/16/2015 | Osha Liang LLP | 7 | Accounts Receivable - Refund of Retainer | 1290-000 | $4,879.39 | | $929,353.71 |
| 12/17/2015 | Geneve Tech, LLC | #1015 | Operating Case Expense - Intellectual Property Wipe of Computers (Doc. 546) | 3991-000 | | ($5,277.19) | $924,076.52 |
| 12/23/2015 | Winston & Strawn LLP | #1014 | Professional Fees Intellectual Property Counsel- Trustee (Doc. 540) | 3210-000 | | ($9,448.00) | $914,628.52 |
| 12/23/2015 | Winston & Strawn LLP | #1014 | Professional Expenses Intellectual Property Counsel - Trustee (Doc. 540) | 3220-000 | | ($4,564.16) | $910,064.36 |
| 1/27/2016 | Millennium Windfall Partners, LTD | #1016 | Operating Case Expense - (Doc. 549) | 6920-000 | | ($19,000.00) | $891,064.36 |
| 3/10/2016 | Mike Dick | 2 | Accounts Receivable - Sale of De Minimis Assets (Doc. 445) | 1110-000 | $100.00 | | $891,164.36 |
| 3/23/2016 | Kilmer, Crosby, & Walker LLC | #1018 | Professional Fees - Trustee (Doc. 556) | 3210-000 | | ($26,271.00) | $864,893.36 |
| 3/23/2016 | Kilmer, Crosby, & Walker LLC | #1018 | Professional Expenses - Trustee (Doc. 556) | 3220-000 | | ($16.33) | $864,877.03 |
| 6/5/2016 | George Adams and Company Insurance Agency, LLC | #1020 | Bond Payment | 2300-000 | | ($6,000.00) | $858,877.03 |
| 4/4/2017 | Aspen Technology Inc | #1021 | Distribution | | | ($721,074.88) | $137,802.15 |
| 4/5/2017 | The Claro Group LLC | #1022 | Distribution - The Claro Group Trustee Fees | | | ($62,373.32) | $75,428.83 |
| 4/5/2017 | Osha Liang LLP | #1023 | Distribution | | | ($35,376.96) | $40,051.87 |
| 4/5/2017 | Void | #1024 | Void | | | | $40,051.87 |
| 4/5/2017 | Void | #1025 | Void | | | | $40,051.87 |
| 4/5/2017 | Shell Information Technology | #1026 | Distribution | | | ($34,430.37) | $5,621.50 |
| 4/5/2017 | Logix Communications | #1027 | Distribution | | | ($465.50) | $5,156.00 |
| 4/5/2017 | Harris County et al | #1028 | Distribution | | | ($63.99) | $5,092.01 |
| 4/5/2017 | Alief ISD | #1029 | Distribution | | | ($61.53) | $5,030.48 |
| 4/5/2017 | Alief ISD | #1030 | Distribution | | | ($129.30) | $4,901.18 |
| 4/5/2017 | US Trustee | #1031 | Fees | | | ($4,901.18) | $0.00 |
| 7/7/2017 | Alief ISD | | Returned check claim withdrawn | | $61.53 | | $61.53 |
| 7/7/2017 | Alief ISD | | Returned check claim withdrawn | | $129.30 | | $190.83 |
| 9/29/2017 | Aspen Technology Inc | #1032 | Distribution | | | ($173.89) | $16.94 |
| 9/29/2017 | Void | #1033 | | | | | $16.94 |
| 9/29/2017 | Osha Liang LLP | #1034 | Distribution | | | ($8.53) | $8.41 |
| 9/29/2017 | Shell Information Technology | #1035 | Distribution | | | ($8.30) | $0.11 |
| 9/29/2017 | Logix Communications | #1036 | Distribution | | | ($0.11) | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,095,095.01 | ($2,095,095.01) |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal: | $2,095,095.01 | ($2,095,095.01) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |